UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES DAVID McCLAIN,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>ROBERT LeGRAND, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:14-cv-00269-MMD-VPC<br><br>ORDER |

　　　　Petitioner having submitted a request for leave to file first amended petition (dkt. no. 12), and good cause appearing, it is therefore ordered that petitioner's request for leave to file first amended petition (dkt. no. 12) is granted. Petitioner shall have through March 23, 2015, to file a first amended petition.

　　　　DATED THIS 5th day of February 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE