UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES DAVID McCLAIN,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>ROBERT LeGRAND, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 3:14-cv-00269-MMD-VPC<br><br>ORDER |

Petitioner having submitted an unopposed motion for an enlargement of time (second request) (ECF No. 49), and good cause appearing, it is therefore ordered that petitioner's unopposed motion for an enlargement of time (second request) (ECF No. 49) is granted. Petitioner will have through January 23, 2017, to file and serve a reply to the answer (ECF No. 46).

DATED THIS 27th day of December 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE