# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES DAVID McCLAIN,<br><br>                Petitioner,<br>v.<br><br>ROBERT LeGRAND, *et al.*,<br><br>                Respondents. | Case No. 3:14-cv-00269-MMD-CBC<br><br>ORDER |

For good cause shown, it is ordered that McClain's unopposed motion to file supplemental exhibits (ECF No. 62) is granted.

It is further ordered that McClain's unopposed motions to seal (ECF Nos. 64, 71) are granted. The Court finds, in accordance with the requirements of *Kamakana v. City & County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), that a compelling need to protect the privacy and/or personal identifying information of Petitioner with regard to the sealed exhibits outweighs the public interest in open access to court records.

DATED THIS 6th day of November 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE