# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES DAVID McCLAIN, | Case No. 3:14-cv-00269-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| ROBERT LeGRAND, *et al.,* | |
| Respondents. | |

It is ordered that Respondents' motion for enlargement of time (ECF No. 74) is granted *nunc pro tunc* in connection with the motion to dismiss (ECF No. 75) filed on December 14, 2018.

It is further ordered that Petitioner's motion for an extension of time (ECF No. 76) is granted *nunc pro tunc* and that Petitioner will have up to and including January 28, 2019, within which to file a response to Respondents' motion to dismiss.

DATED THIS 9th day of January 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE