UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JAMES DAVID McCLAIN, | Case No. 3:14-cv-00269-MMD-CBC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ROBERT LeGRAND, *et al.*, | |
| Respondents. | |

Respondents' motion for enlargement of time (ECF No. 79) is granted, and the time for respondents to file a reply in support of their motion to dismiss (ECF No. 75) is extended up to and including February 25, 2019.

DATED THIS 5th day of February 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE