# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES DAVID McCLAIN,<br><br>                        Petitioner,<br>     v.<br><br>ROBERT LeGRAND, *et al.*,<br><br>                      Respondents. | Case No. 3:14-cv-00269-MMD-CBC<br><br>ORDER |

Respondents' motion for enlargement of time (ECF No. 85) is granted, and the time for Respondents to file an answer is extended up to and including July 22, 2019.

DATED THIS 9th day of July 2019.

                                                                                                                 *[signature]*

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE