Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Kimberly Sandberg
Assistant Federal Public Defender
New York State Bar No. 5152863
*C.B. Kirschner
Assistant Federal Public Defender
Pennsylvania State Bar No. 92998
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kimberly_Sandberg@fd.org
CB_Kirschner@fd.org

*Attorneys for Petitioner James David McClain

# United States District Court
## District of Nevada

| | |
|---|---|
| James David McClain, | Case No. 3:14-cv-00269-MMD-CLB |
| Petitioner, | |
| v. | **Order to Transport** |
| Robert LeGrand, *et al.*, | |
| Respondents. | |

In accordance with the Orders of this Court filed on December 13, 2019, and June 2, 2020 (ECF Nos. 96, 106), setting the evidentiary hearing in this matter for September 23 and 24, 2020,

IT IS HEREBY ORDERED that the Nevada Department of Corrections will transport the following inmate to the Bruce R. Thompson Federal Courthouse, 400 South Virginia Street, Reno, Nevada, to personally attend the evidentiary hearing scheduled for September 23 and 24, 2020, at 9:00 a.m. in Courtroom 5 before the Honorable Miranda M. Du:  **James David McClain, NDOC #1088639**.

The Clerk of Court additionally shall provide a copy of this order to the Marshal's Reno office.

Dated this   28th   day of August   2020.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

/s/
Kimberly Sandberg and
C.B. Kirschner
Assistant Federal Public Defenders
*Attorneys for James David McClain*