UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES DAVID McCLAIN,<br><br>                Petitioner,<br>     v.<br>PERRY RUSSELL, *et al.*,<br><br>                Respondents. | Case No. 3:14-cv-00269-MMD-CLB<br><br>ORDER |

      The Court finds the parties have demonstrated good cause. It is therefore ordered that the parties' Stipulation to Alter or Amend Judgment (ECF No. 135), treated as a joint motion to alter or amend the judgment, is granted, *nunc pro tunc* to July 6, 2021. The time to commence jury selection in a retrial pursuant to the judgment herein is extended up to and including Monday, November 29, 2021, taking into account the Thanksgiving and Family Day legal holidays in Nevada.

      DATED THIS 26th Day of August 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE