UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES DAVID MCCLAIN,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>ROBERT LEGRAND, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:14-cv-00269-MMD-CLB<br><br>ORDER |

　　Respondents have filed a notice of satisfaction of judgment. (ECF No. 137.) They note that, in accordance with the conditional writ issued on March 18, 2021 (ECF No. 129), Petitioner James McClain has been retried. (*Id.* at 1-2.) Respondents ask this Court to order the conditional writ satisfied. (*Id.*) Petitioner does not oppose. (*Id.*)

　　It is therefore ordered that the conditional writ in this action is satisfied.

　　DATED THIS 7th Day of December 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE